**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| CHAMBERS OF<br>CATHERINE C. BLAKE<br>UNITED STATES DISTRICT JUDGE | U.S. COURTHOUSE<br>101 WEST LOMBARD STREET<br>BALTIMORE, MARYLAND 21201<br>(410) 962-3220<br>Fax (410) 962-6836 |

May 10, 2006

Ariana Wright Arnold, Esquire
Assistant U.S. Attorney
36 S. Charles Street, Fourth Floor
Baltimore, MD 21201

Michael D. Hicks
922 Foxwood Lane
Baltimore, MD 21221

   Re: <u>United States of America v. Michael D. Hicks, Civil No. CCB-06-594</u>

Dear Counsel and Mr. Hicks:

  This will confirm the results of the agreement reached at the hearing today on the Order to Show Cause. Mr. Hicks has agreed to provide financial statements and supporting documents to the government **within 30 days** and to file his tax returns for the years 2001 - 2005 **within the next 60 days.** The government should provide a status report no later than **August 10, 2006** advising whether the petition can be dismissed.

  Despite the informal nature of this letter, it should be flagged as an opinion and docketed as an order.

            Sincerely yours,

            /s/

            Catherine C. Blake
            United States District Judge

cc: IRS Officer C. Guido